West Twenty-third Street and Others.— Motion denied, with ten dollars costs. Settle order on notice.

The People of the State of New York v. Frederick W. Whitridge, as Receiver, etc.— Motion granted.

In the Matter of Marvin E. Parrott, an Attorney.— Application granted. Settle order on notice.

Joseph L. Graf v. National Surety Company.— Application granted upon plaintiff's filing stipulation as directed in order.  Order signed.

Alexander Schlang v. Joseph Adelson and Others.  (No. 1.) — Application denied, with ten dollars costs.  Order signed.

Alexander Schlang v. Joseph Adelson and Others.  (No. 2.) — Motion denied, with ten dollars costs.

In the Matter of the City of New York (In the Matter of the Brooklyn-Manhattan Rapid Transit Railroad, etc.). — Application granted.  Settle order on notice.

Mary Isabelle Healy, Respondent, v. Joseph H. Davis Building Company, Appellant.— Judgment affirmed, with costs.  No opinion.

The People of the State of New York ex rel. John W. Lisk, Relator, v. The Board of Education of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs.  No opinion.

Bessie Mott, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Appellants.— Judgment and order affirmed, with costs.  No opinion.

Mary McNicholas, Appellant, v. Thomas Meade, Respondent.— Judgment affirmed, with costs.  No opinion.

Daniel Reynolds, Respondent, v. Interborough Rapid Transit Company and Manhattan Railway Company, Appellants.— Judgment affirmed, with costs. No opinion.

Henry Lerch, Respondent, v. Interborough Rapid Transit Company and Manhattan Railway Company, Appellants.  Anna G. Lerch v. Interborough Rapid Transit Company and Manhattan Railway Company, Appellants.— Judgments affirmed, with costs.  No opinion.

George Grico, Appellant, v. Moritz Tolk and Herman Tolk, Copartners, Doing Business under the Firm Name of " M. & H. Tolk," Respondents.— Judgment affirmed, with costs.  No opinion.  Clarke and Scott, JJ., dissenting.

Mary M. Stephan, as Administratrix, etc., of Henry A. Stephan, Deceased, Appellant, v. August Heckscher and Others, as Receivers of Milliken Brothers, Respondents.— Judgment and order affirmed, with costs.  No opinion.

Frank F. Arnold, Respondent, v. New York Age Publishing Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Henry C. Everdell, Respondent, v. Bankers' Life Insurance Company of the City of New York, Appellant, Impleaded with Foster M. Voorhees and Others. — Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs.  No opinion.

Louis Stein, Appellant, v. Philip J. Mendetz, Respondent.— Order affirmed, with costs.  No opinion.